■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRY LANDRY, Appellant. (Appeal No. 2.) [17 NYS3d 671]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered May 1, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Landry* ([appeal No. 1] 132 AD3d 1351 [2015]). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.